UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MARINA REKHVIASHVILI,

                         Plaintiff,

     -against-

TRANSUNION, LLC et al.,

                         Defendants.

------------------------------------- x

ORDER

20 Civ. 3225 (GBD)

GEORGE B. DANIELS, United States District Judge:

     The conference scheduled for August 5, 2020 at 9:30 a.m. is canceled. The Clerk of Court is hereby directed to close Defendant TransUnion, LLC's letter motions at ECF Nos. 47 and 48.

Dated: New York, New York
       August 3, 2020

                                  SO ORDERED.

                                  *George B. Daniels*
                                  GEORGE B. DANIELS
                                  United States District Judge