UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MARINA REKHVIASHVILI,

                Plaintiff,

    -against-

TRANSUNION, LLC et al.,

                Defendants.

------------------------------------- x

ORDER

20 Civ. 3225 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for November 4, 2020 at 9:45 a.m. is adjourned to December 16, 2020 at 10:30 am. On that date, the Court will hear oral argument on Defendant American Express National Bank's motion to compel arbitration and stay this action, (ECF No. 43).

Dated: New York, New York
      October 23, 2020

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge